IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01933-CBS-PAC

CLIFFORD BOGLE,

    Plaintiff,

v.

WARDEN COCHRONE, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that "Plaintiff's Petition for Temporary Stay of All Proceedings Until Plaintiff Has Been Relocated/Moved" (filed June 20, 2005; doc. # 40) is **DENIED**, as moot. This case was dismissed on November 9, 2004, and there are no current proceedings for the court to stay.

**DATED:**   June 27, 2005